IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RUSSELL ROWE,

       Appellant,

v.                              Case No.  5D21-1918
                                   LT Case No. 05-2017-CF-010183-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 28, 2022

Appeal from the Circuit Court
for Brevard County,
John M. Griesbaum, Judge.

Matthew J. Metz, Public Defender,
and Glendon George Gordon, Jr.,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and TRAVER, JJ., concur.